UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE

| | | |
|---|---|---|
| GREGORY PHIPPS, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | No.: 3:17-CV-97-TAV-HBG |
| | ) | |
| CHARIOTS OF HIRE, INC., et al., | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

The Court has before it the Parties' Joint Motion for Approval of the Settlement Agreement and Dismissal with Prejudice [Doc. 43]. The parties request Court approval of a settlement of plaintiffs' claims asserted under the Fair Labor Standards Act ("FLSA"), 29 U.S.C. § 201.

The FLSA's provisions are generally not subject to bargaining, waiver, or modification by contract or settlement, *Brooklyn Savings Bank v. O'Neil,* 324 U.S. 697, 706 (1945), but the parties have settled under one of the two methods permitted for settling a FLSA case. Where an employee brings a lawsuit against his or her employer under 29 U.S.C. § 216(b), the employee may settle FLSA claims if the parties present the court with a proposed settlement, and the court may enter it as a stipulated judgment after reviewing it for fairness. 29 U.S.C. § 216(c); *see also Lynn's Food Stores, Inc. v. United States*, 679 F.2d 1350, 1353 (11th Cir. 1982). The Court must determine if the settlement is a "fair and reasonable resolution of a bona fide dispute over FLSA provisions." *Id.* at 1355.

In this case, the Court finds that the proposed settlement arises out of a genuine dispute over § 201 of the FLSA, that plaintiffs and defendants were represented by counsel throughout the litigation, negotiation, and settlement process, and that the terms of the settlement are fair and reasonable under the circumstances.

Rule 41(a)(1)(A) provides that a plaintiff "may dismiss an action without a court order by filing . . . a stipulation of dismissal signed by all parties who have appeared." Fed. R. Civ. P. 41(a)(1)(A). "Unless the notice or stipulation states otherwise, the dismissal is without prejudice." Fed. R. Civ. P. 41(a)(1)(B).

Here, the parties have submitted a stipulation of dismissal under Rule 41(a) conditioned upon the Court's approval of the proposed settlement. The stipulation states that the dismissal is with prejudice.

Pursuant to the joint motion filed by the parties, the Court hereby **GRANTS** the Parties' Joint Motion for Approval of the Settlement Agreement and Dismissal with Prejudice [Doc. 43]. Accordingly, the settlement agreement as reflected in the document the parties submitted is **APPROVED**, and this matter is **DISMISSED with prejudice**. The Clerk of Court is **DIRECTED** to **CLOSE** this close.

IT IS SO ORDERED.

s/ Thomas A. Varlan
UNITED STATES DISTRICT JUDGE